IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

**GLICENIA LOGAN**                                                                                    **PLAINTIFF**

V.                                             **CASE NO. 2:22-CV-2187**

**JAMES COX, et al.**                                                                              **DEFENDANTS**

## ORDER

Before the Court is the Report and Recommendation (Doc. 7) ("R&R") of the Honorable Mark E. Ford, United States Magistrate Judge for the Western District of Arkansas.  The Court placed a filing restriction on Plaintiff Glicenia Logan in the case of *Logan v. Sky Rise Real Estate Fund, LLC, et al.*, Civil No. 2:21-cv-02063, due to her practice of filing the same frivolous lawsuit repeatedly. The Magistrate Judge believes the instant lawsuit is the same as the ones that were previously dismissed.

Today Ms. Logan filed a document called "AFFIDAVIT OF GLICENIA CARMELA LOGAN IN RELATION TO ALL CASE FILE SINCE 9/19/2019." The document does not refer to or engage with the R&R and is therefore not a valid objection.  Nevertheless, the Court has reviewed the case *de novo* and agrees with the Magistrate Judge: The Complaint is largely incomprehensible.  In fact, the only reason the Court is able to extract any meaning at all from the Complaint is due to the Court's familiarity with Ms. Logan's long, tedious, and abusive filing history.  Accordingly, **IT IS ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY** and the case is **DISMISSED**.

**IT IS SO ORDERED** on this 28th day of December, 2022.

                                                                */s/ Timothy L. Brooks*
                                                                TIMOTHY L. BROOKS
                                                                UNITED STATES DISTRICT JUDGE